

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00029-CV

———————————————

YVONNE COLLINS, Appellant

V.

PATRICIA WARD, Appellee

On Appeal from County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2023-007664-1

Before Womack, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant's brief was filed on May 2, 2024. On May 6, 2024, we notified appellant that her brief did not comply with Texas Rules of Appellate Procedure 9.4(i) and 38.1(b), (c), (d), (f), (g), (h), (i), and (j). We asked that appellant file an amended brief that complied with the above rules by May 16, 2024. *See* Tex. R. App. P. 9, 38, and 2nd Tex. App. (Fort Worth) Loc. R. 1. We indicated that the failure to do so may result in striking the brief and dismissal of the appeal. *See* Tex. R. App. P. 38.8(a), 38.9(a), 42.3. We have received no response.

Because appellant has failed to file an amended brief even after we afforded an opportunity to do so, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: June 20, 2024